# Lois M. Lewis

*Counselor-at-Law*
*74 Fuller Terrace*
*West Newton, Massachusetts 02465*

———

*(617) 969-4854*


March 28, 2006


Attorney Neil Gallagher
Office of the United States Attorney
John Joseph Moakley Federal Courthouse
One Courthouse Way Suite 9200
Boston, MA 02210

Re:    United States v. Richard Duran  (Luis Lopez)
        Criminal No. 05-10304-GAO

Dear Attorney Gallagher:

To memorialize our recent conversations and in accord with the Local Rules of this Court Rule 116.3 for Discovery Motion Practice, I am requesting:

     1.  Any state or federal arrest warrant for Richard Duran,
     2.  Any state or federal search warrant for 16 Avon Street, Everett, Massachusetts and
     3.  Any land telephone or cellular telephone numbers that were subscribed to by Richard Duran.

Thank you.

Sincerely,


Lois M. Lewis

<u>Certificate of Service</u>
The foregoing letter has been
served on the government by mailing,
first class mail postage prepaid, this
letter to Attorney Neil Gallagher,
Office of the United States Attorney
John Joseph Moakley Federal Courthouse
One Courthouse Way Suite 9200
Boston, MA 02210 March 29, 2006.

/s/ Lois M. Lewis