UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                              |     | Criminal No.      |
| ---------------------------- | --- | ----------------- |
| UNITED STATES OF AMERICA     | )   | 05-10304-GAO      |
|                              | )   |                   |
| v.                           | )   |                   |
|                              | )   |                   |
| JULIO CARTAGENA,             | )   |                   |
| *et al.*                     | )   |                   |
|                              | )   |                   |

**DEFENDANT'S MOTION FOR 10 DAY PERIODIC REPORTS**

Now comes the Defendant, Julio Cartagena, and joins Defendant Ernersto Perez in moving for production of the ten day periodic reports concerning the wiretaps that the Government has in its possession and refuses to give over to the Defendant and assigns as reasons therefore the following:

1.   The Defendant believes and therefore avers that the Government's use of Pablo Baez, as a confidential informant, obviated the need to, in addition, have wiretaps, which were granted by the Court.

2.   The Defendant moreover avers that in the initial application for the wiretap, the Government failed to set forth to the reviewing judge all of the efforts that Pablo Baez had performed on behalf of the Government so as to demonstrate the lack of necessity for any wiretap applications.

3.   The Defendant believes that the ten day periodic reports will demonstrate that the Government continued to get sufficient information from Pablo Baez so as to demonstrate that there was no necessity or continuing necessity to reapply for further wiretap applications at the conclusion of each thirty day period, including but not limited to, the initial application that was made.

WHEREFORE, the Defendant prays his motion be allowed.

Respectfully submitted,

JULIO CARTAGENA

By his attorney,


/s/ Alan D. Rose_____
Alan D. Rose (BBO #427280)
ROSE & ASSOCIATES
29 Commonwealth Avenue
Boston, MA  02116
Tel: 617-536-0040
Fax: 617-536-4400

Date: May 16, 2006

## CERTIFICATE OF SERVICE

I, Alan D. Rose, hereby affirm that a copy of the within was this day served upon all registered counsel of records via the ECF system, and that paper copies have been served via first class mail to all non-registered counsel.


/s/ Alan D. Rose_____
Alan D. Rose

Date: May 16, 2006