UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10304-GAO |
| | ) | |
| PABLO BAEZ | ) | |

DEFENDANT'S NOTICE OF INTENT
TO OFFER DEFENSE OF PUBLIC AUTHORITY

Pursuant to Fed. R. Crim. P. 12.3, defendant, Pablo Baez, notifies Assistant U.S. Attorney Neil J. Gallagher, Jr. that he intends to present a defense of public authority. Pursuant to Rule 12.3(a)(2), Mr. Baez states that (a) the law enforcement agency involved is the U.S. Drug Enforcement Administration; (b) the agency member(s) involved are Sean P. Canavan and others working with him; and (c) the time during which Mr. Baez claims to have acted with public authority include times relevant to the alleged conspiracy charged in Count Three of the Superseding Indictment, which alleges Mr. Baez's participation "at least by in or about March of 2005, and continuing to on or about November 30, 2005".

                                                       PABLO BAEZ
                                                       By his attorney,

                                                       / S / Peter B. Krupp

Dated: May 16, 2006                            Peter B. Krupp
                                                       B.B.O. #548112
                                                     Lurie & Krupp, LLP
                                                     One McKinley Square
                                                     Boston, MA 02109
                                                     Tel: 617-367-1970

CERTIFICATE OF SERVICE

    I, Peter B. Krupp, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 16, 2006.

                                                       / S / Peter B. Krupp

                                                       Peter B. Krupp