UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 05-10304-03-GAO |
| V. | ) | |
| | ) | |
| LEONEL LONDOÑO-CARDONA | ) | |

## MOTION TO PROHIBIT USE OF INTERCEPTED ORAL COMMUNICATIONS AND ANY EVIDENCE DERIVED THEREFROM AT TRIAL OF THIS CASE

Now comes LEONEL LONDOÑO-CARDONA, and requests this Honorable Court to prohibit the use of intercepted oral communications and any evidence derived therefrom by the government during the presentation of its case-in-chief.

As grounds the defendant says:

1.    The evidence of the contents of the intercepted communications is inadmissible at trial of this case as it is the primary product of an unlawful act and the provision of 18 U.S.C. § 3504 prohibits the use of this evidence at trial of this case.

2.    Disclosure of the content of the intercepted communications at trial of this case is prohibited by Title III of the United States Code (18 U.S.C. § 2510 et seq.).

3.    That the interceptions were countenanced by Colombian law does not confer a license upon U.S. investigative and law enforcement officers and attorneys for the government to disregard the Constitution and statutes of the United States in acquiring this evidence for use in federal felony prosecution without previous authorization from the requisite senior Department of Justice official specified in § 2516(1) and prior approval of a United States judicial officer.

4.    The Constitution of the United States and various provisions of Title III (18 U.S.C. § 2510 et seq.) preclude use of this evidence as part of the United States' case-in-chief against the defendant.

5.    Circuit law (United States v. Vest) provides that this evidence is not admissible at trial of this matter during the presentation of the United States case-in-chief.

6.    Title III is an investigative tool - as flexible, wide ranging and available for use, as is the violation of United States law being investigated or prosecuted.

Respectfully submitted,
**LEONEL LONDOÑO-CARDONA,**
By his attorney,

/s/ George F. Gormley

_____
George F. Gormley (BBO# 204140)
*George F. Gormley, P.C.*
755 East Broadway
South Boston, MA 02127
Date: September 17, 2007          (617) 268-2999