UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 05-10304-GAO |
| ) |  |
| v. ) |  |
| ) |  |
| JULIO CARTAGENA ) |  |

DEFENDANT CARTAGENA'S NOTICE OF CONDITIONAL PLEA RESERVING APPELLATE RIGHTS TO APPEAL FROM ADVERSE RULINGS ON PRE-TRIAL MOTION TO SUPPRESS AND FOR DISCOVERY RELATED TO MOTION TO SUPPRESS

Defendant Julio Cartagena, (referred to in the Second Superseding Indictment as Jose Mejia), pursuant to Rule 11(a)(2) of the Federal Rules of Criminal Procedure, hereby gives notice that in connection with his proposed plea of guilty to the Superseding Indictment, Cartagena expressly reserves his right to appeal to the United States Court of Appeals for the First Circuit from the denial of any and all pre-trial motions to suppress, related motions to compel, and related motions to produce relative to the motion to suppress, including, without limitation, the following:

1. The United States District Court's December 12, 2007 Opinion and Order (#367) denying the defendant Baez's Motion to Suppress (#153), in which Cartagena joined (#159), denying a Franks hearing, and denying Cartagena's Motion (#306) for In Camera Inspection of Special Agents' Handwritten Notes; and

2. The United States District Court's July 27, 2007 Order (#295) on Cartagena's Motion to Compel Production of Documents Relevant to Motion to Suppress, which affirmed the Magistrate Judge's Memorandum and Order (#266) on

1

Defendant Cartagena's Motion to Compel Production of Documents Relevant to Motion to Suppress (#210).

                          Respectfully submitted,

                          JULIO CARTAGENA

                          By his attorney,

                          /s/ Alan D. Rose
                          Alan D. Rose (BBO#427280)
                          ROSE, CHINITZ & ROSE
                          29 Commonwealth Avenue
                          Boston, MA 02116
                          Tel: 617-536-0040
                          Fax: 617-536-4400

Date:   January 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 7, 2008.

/s/ Alan D. Rose
Alan D. Rose