```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | NO. 05-10304-GAO |
| PABLO R. BAEZ ) | |

### UNITED STATES' WITNESS LIST

Pursuant to LR 117.1(A)(8)(a), the United States of America hereby is hereby reserving the right to call the following witnesses at trial in its case-in-chief.

Gabriel Hadad
Certified Court Spanish Interpreter

Det. Robert Leon
Chelsea Police Department

Sgt. James Picardi
Revere Police Department

Det. Kenneth Kelly
Everett Police Department

Trp. Jaime Cepero
Massachusetts State Police

Trp. James Bruce
Massachusetts State Police

Sgt. Thomas Quinn
Massachusetts State Police

Trp. Gary Mousik
Massachusetts State Police

Trooper David Martinelle
Massachusetts State Police

SA Michael Cashman
U.S. Drug Enforcement Administration
Portland, Maine

SA Jean Drouin

U.S. Drug Enforcement Administration
Boston, MA

GS Neil Doherty
U.S. Drug Enforcement Administration
Boston, MA

SA Murray Archambault
U.S. Drug Enforcement Administration
Boston, MA

SA Sean Canavan
U.S. Drug Enforcement Administration
New York City, NY

SA Al Gyenes
U.S. Drug Enforcement Administration
New York City, NY

SA Arthur Guedes
U.S. Drug Enforcement Administration
New York City, NY

Leslie Abad, a.k.a. Marilia Melendez
Danbury, CT

James Disarno
Forensic Chemist
Northeast Regional Laboratory
New York City, NY

The government reserves its right to supplement or modify the above witness list with reasonable notice to the defendant. Pursuant to LR 116.2(B)(3), the reserves the right to call the following witnesses, if necessary, and in rebuttal:

SA John McKenna
U.S. Drug Enforcement Administration
Ft. Lauderdale, Florida

Luis A. Lopez

Accordingly, the government respectfully submits the foregoing witness list for the upcoming trial of United States v. Pablo Baez.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:     /s/ Neil J. Gallagher, Jr.
           Neil J. Gallagher, Jr.
           David Tobin
           Assistant U.S. Attorneys
           One Courthouse Way
           Boston, MA

Date: January 7, 2008

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and mailed to all those not participating in ECF.

                                             <u>/s/ Neil J. Gallagher, Jr.</u>
                                             Neil J. Gallagher, Jr.