UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 05-10304-GAO |
| ) | |
| PABLO BAEZ ) | |

MOTION TO QUASH SUBPOENA

Now come Jose A. Espinosa and Kristina Hedin and hereby move this Honorable Court to quash identical subpoenas issued by the Court on January 7, 2008, at the request of the defendant. The subpoenas command Jose A. Espinosa and Kristina Hedin to appear at the United States District Court in Boston, Massachusetts on January 14, 2008, for the trial of the defendant. The subpoenas also command Jose A. Espinosa and Kristina Hedin to bring "any and all notes of any meetings between Leslihe Abad and any prosecutor or law enforcement official. Any and all correspondence between you or Leslihe Abad on the one hand, and any prosecutor or law enforcement official on the other hand, relating to Leslihe Abad. The draft and final presentence report regarding Leslihe Abad."

Jose A. Espinosa and Kristina Hedin assert that compliance with these subpoenas would be unreasonable as provided in Fed.R.Crim.P. 17(c)(2). Most documents requested could be provided, if discoverable, by the government and requesting them from co-defendant's counsel is clearly unreasonable. The remaining documents, notes on meetings between Leslihe Abad and any prosecutor or law enforcement official, constitute work product and attorney client privilege. It is both inappropriate and

unreasonable that the defendant seeks to subpoena these documents from co-defendant's counsel. Should anything provided by Ms. Abad be part of the government's case against the defendant, the government has the burden to provide such discovery.

For these reasons, Jose A. Espinosa and Kristina Hedin respectfully request that the subpoenas be quashed.

Respectfully Submitted,

*/s/ Jose A. Espinosa*
Jose A. Espinosa
11 Green Street
Jamaica Plain, MA 02130
617-522-4849
BBO#: 156220

And

*/s/ Kristina Hedin*
Kristina Hedin
11 Green Street
Jamaica Plain, MA 02130
617-522-4849
BBO#: 663835