**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Criminal No. 05-10304-GAO |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Pablo Baez | Subpoena |

**SERVE ➤**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Arthur Guedes, U.S. Drug Enforcement Administration

**AT**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
99 10th Street, New York, New York 10011

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Peter B. Krupp
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

As this subpoena is returnable on January 14, 2008, please serve by January 10, 2008. Thank you.

RECEIVED 2008 JAN 8 P 1:57

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 617-367-1970
DATE: January 8, 2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 54 | nt | 1/8/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Jim Andrews (Special Agent)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)
99 19th Ave
New York, NY 10011

| Date of Service | Time | am/pm |
|---|---|---|
| 1/11/08 | 1:15 | pm |

Signature of U.S. Marshal or Deputy
5946

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Fwd USMS SD/NY nt S/A Jim Andrews on behalf of DEA does not accept process/service for Arthur Guedes

05-10304-11 ✓

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

PABLO BAEZ

**SUBPOENA IN A CRIMINAL CASE**

Case Number: 05-10304-GAO

TO: Arthur Guedes
U.S. Drug Enforcement Administration
99 10th Street
New York, NY 10011

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>J. Joseph Moakley U.S. Courthouse<br>One Courthouse Way<br>Boston, MA 02210 | # 9, 3rd Floor |
| | DATE AND TIME<br>Jan. 14, 2008<br>Monday, @ 9:00 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

SARAH A THORNTON

U.S. MAGISTRATE JUDGE OR CLERK OF COURT                DATE  0 2/-0 7

(By) Deputy Clerk

January 7, 2008

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Peter B. Krupp, Esq.
Lurie & Krupp, LLP
One McKinley Square; Boston, MA 02109          Tel: (617) 367-1970

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES   ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                    DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

ADDITIONAL INFORMATION

I AM NOT ACCEPTING PROCESSING/SERVICE FOR ARTHUR GUESES.

Jim Andrews, SA