AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Guerillmo Ceballos-Grajales

**WARRANT FOR ARREST**

Case Number: 05-10304 -GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Guerillmo Ceballos-Grajales**

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

Conspiracy to Import Heroin; Conspiracy to Distribute Heroin and Cocaine; Criminal Asset Forfeiture

in violation of Title _____ United States Code, Section(s) 963, 846, and 853.

_Catherine M Gaultier_ _____ Name
of Issuing Officer

Supervisor _____
Title of Issuing Officer

_Catherine M Vhuylek_ _____ Signature
of Issuing Officer

11-13-06, Boston
Date and Location

Bail fixed at $ _____  BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER WARRANT EXECUTED BY DEA arrest on BY ARREST/ARRAIGNMENT OF THIS 4/15/09 DEFENDANT ON | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ___Guerillmo Ceballos-Grajales___

ALIAS: ___MEMO___

LAST KNOWN RESIDENCE: ___Colombia, South America___

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: ___1959___

SOCIAL SECURITY NUMBER: (last 4 #'s) ukn _____

HEIGHT: _____    WEIGHT: _____

SEX: ___M___    RACE: ___Hispanic___

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____